**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:15MJ00437 |
| | : | |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| JAYLA WALKER, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on November 5, 2015.  Defendant appeared with counsel and waived her right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

November 5, 2015                                     s/ Sharon L. Ovington
                                                                Sharon L. Ovington
                                                                Chief United States Magistrate Judge